In re Petition for DISCIPLINARY AC-
TION AGAINST Peter Bruce ZATZ,
an Attorney at Law of the State of
Minnesota.

No. C9–98–209.

Supreme Court of Minnesota.

May 22, 2000.

ORDER

The Director of the Office of Lawyers
Professional Responsibility has filed a peti-
tion for disciplinary action alleging that
respondent Peter Bruce Zatz has commit-
ted professional misconduct warranting
public discipline, namely, neglecting a
client matter and misrepresenting the sta-
tus of the matter to the client, failing to
hold client funds in a trust account, failing
to promptly return funds to a client, failing
to return a client's file in a timely manner,
neglecting a conservatorship proceeding
and failing to disclose the conservator's
conversion of estate assets, and omitting
the conservatorship matter from his proba-
tion reports, in violation of Rules 1.1,
1.2(c), 1.3, 1.4, 1.15(a) and (c), 1.16(a) and
(d), 3.2, 3.3(a)(2), 3.4(c), 4.1, 8.1(a)(1), 8.4(c)
and 8.4(d), Minnesota Rules of Profession-
al Conduct, and Lawyers Professional Re-
sponsibility Board Opinion 15.

Respondent admits his conduct has vio-
lated the Rules of Professional Conduct,
waives his rights pursuant to Rule 14,
Rules on Lawyers Professional Responsi-
bility (RLPR), and has entered into a stip-
ulation with the Director wherein they
jointly recommend that the appropriate
discipline is a three-month suspension and
payment of $900 in costs pursuant to Rule
24, RLPR. Respondent further acknowl-
edges that this court may impose any dis-
cipline it deems appropriate.

This court has independently reviewed the file and accepts respondent's admission of misconduct. However, we conclude that respondent's disciplinary history and the fact that the misconduct admitted here occurred while on probation requires that respondent be suspended indefinitely. *See In re Anderson,* 569 N.W.2d 923 (Minn. 1997). Therefore, we find that the appropriate discipline is indefinite suspension with no right to apply for reinstatement for three months.

IT IS HEREBY ORDERED that respondent is suspended indefinitely for a minimum of three months, and that he pay $900 in costs pursuant to Rule 24, RLPR. Respondent shall comply with the reinstatement hearing provisions of Rule 18, RLPR, should he apply for reinstatement.

BY THE COURT:

Alan C. Page

Associate Justice